NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**FUTURE LINK SYSTEMS, LLC,**

*Plaintiff-Appellee*

v.

**REALTEK SEMICONDUCTOR CORPORATION,**

*Defendant-Appellant*

_____

2026-1748

_____

Appeal from the United States District Court for the Western District of Texas in No. 6:21-cv-00363-ADA, Judge Alan D Albright.

_____

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2    FUTURE LINK SYSTEMS, LLC V. REALTEK SEMICONDUCTOR
CORPORATION

(2)  Each side shall bear their own costs.

FOR THE COURT

May 29, 2026
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** May 29, 2026